UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

M. JASON RUSSELL, SR.,           Case No. 1:15-cv-482

    Plaintiff,                         Judge Timothy S. Black
                                     Magistrate Judge Stephanie K. Bowman

vs.

DONALD MORGAN, *et al.*,

    Defendants.

### DECISION AND ENTRY
### ADOPTING THE REPORT AND RECOMMENDATIONS
### OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 8)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on October 29, 2015, submitted a Report and Recommendations.  (Doc. 8).  Plaintiff did not file any objections.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the foregoing reasons:

1. This case is **DISMISSED** for lack of prosecution;

2. The Clerk shall enter judgment accordingly, whereupon this civil action is **TERMINATED** in this Court.

**IT IS SO ORDERED**.

Date: 11/18/15 *s/ Timothy S. Black*
Timothy S. Black
United States District Judge